**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 15-bk-55612 |
| Michael Alfano } | |
| } | |
| Tabitha Alfano } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:        Michael & Tabitha Alfano

Street:        1199 Burg St

City, State, Zip:   Granville, OH 43023

**Please be advised that effective August 22, 2017**
**my new mailing address is:**

Name:        Michael & Tabitha Alfano

Street:        1702 Churchill Downs Rd

City, State, Zip:   Newark, OH 43055

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on August 22, 2017 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Michael & Tabitha Alfano
1702 Churchill Downs Rd.
Newark, OH 43055

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480